JEFF WINCHESTER, ESQ. (Nevada Bar No. 10279 )
E: JWinchester@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101
T: 725.286.2801

*Attorney for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT COURT OF NEVADA

| | |
|---|---|
| JOE DIAZ, an individual, | Case No. 2:26-cv-00357-MMD-EJY |
| *Plaintiff,* | |
| vs. | **STIPULATION AND ORDER** |
| ALL 5'S CONSTRUCTION LLC, a Nevada limited liability company; THE PENTA BUILDING GROUP, LLC, a Nevada limited liability company, | |
| *Defendants.* | |

Pursuant to LR IA 6-1(a), LR IA 6-2, and LR 7-1, the undersigned counsel of record for Plaintiff JOE DIAZ and Defendants ALL 5'S CONSTRUCTION LLC, and THE PENTA BUILDING GROUP, LLC, file this Stipulation and Order to extend the date for Defendants to answer or otherwise respond to Plaintiff's Complaint to April 13, 2026.

The parties have agreed to this extension to provide Defendants' counsel sufficient time to investigate Plaintiff's allegations and prepare a responsive pleading. The parties make this request in good faith and not for any purpose to delay these proceedings.

#11591379v1

Dated this 2nd  day of April, 2026

O'HAGAN MEYER

By      /s/ Jeff Winchester
JEFF WINCHESTER
Nevada Bar No. 10279
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101
*Attorney for Defendants*

Dated this 2nd day of April, 2026

GREENBERG GROSS LLP

By  /s/ John Orr
John M. Orr
Nevada Bar No. 14251
1980 Festival Plaza Drive
Suite 730
Las Vegas, Nevada 89135
*Attorney for Plaintiff*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   April 2, 2026

2

#11591379v1