JEFF WINCHESTER, ESQ. (Nevada Bar No. 10279)
E: JWinchester@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101
T: 725.286.2801

*Attorney for Defendants All 5's Construction LLC, and The Penta Building Group, LLC*

UNITED STATES DISTRICT COURT

DISTRICT COURT OF NEVADA

| | |
|---|---|
| JOE DIAZ, an individual,<br><br>*Plaintiff*,<br><br>vs.<br><br>ALL 5'S CONSTRUCTION LLC, a Nevada limited liability company; THE PENTA BUILDING GROUP, LLC, a Nevada limited liability company,<br><br>*Defendants*. | Case No. 2:26-cv-00357-MMD-EJY<br><br>**Stipulation and Order to Continue Early Neutral Evaluation**<br><br>**(First Request)** |

Plaintiff Joe Diaz and Defendants All 5's Construction LLC and the Penta Building Group, by and through their counsel of record, hereby submit this Stipulation and Order to Continue the Early Neutral Evaluation ("ENE") set for Monday, August 31st, 2026, under Local Rule IA 6-1. *See* ECF No. 15. This is the first stipulation to continue the ENE. This Stipulation is not filed for the purpose of delay.

Counsel for Defendants was recently invited to participate in an international gathering of indigenous nations in Hawaii on August 29th and 30th, 2026. Counsel for Defendants has been asked to assist his brother, who lives in Hawaii, with helping to raise funds tat the gathering o support indigenous women in their fight against sexual assault, kidnapping and murder.

Because the currently-scheduled ENE is set for the morning immediately following the Hawaii event, it would be a hardship, if not impossible, for counsel for Defendants to return to Las Vegas in time for the in-person ENE session. Counsel for Defendants and counsel for Plaintiff have conferred and are in agreement to rescheduling the ENE.

Respectfully submitted,

Dated this 27th day of July, 2026

*/s/ John Orr*
Jemma E. Dunn, Esq.
Matthew E. Hale, Esq
John M. Orr, Esq
**GREENBERG GROSS LLP, LTD.**
1980 Festival Plaza Drive, Suite 730
Las Vegas, NV 89135
*Attorneys for Plaintiff*

Dated this 27th day of July, 2026

*/s/ Jeff Winchester*
JEFF WINCHESTER, ESQ.
Nevada Bar No. 10279
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101
*Attorney for Defendant*

**ORDER**

The parties' Stipulation and Order to Continue the Early Neutral Evaluation is hereby **GRANTED**. The Court hereby **CONTINUES** the Early Neutral Evaluation from Monday, August 31st, 2026, to **November 9th, 2026 at 9 a.m.** . The deadline to submit the confidential evaluation statement is **EXTENDED** to one week prior to the rescheduled ENE. The statement must be delivered electronically to Court_MDC@nvd.uscourts.gov by 4:00 p.m. seven days prior to the ENE. The remaining provisions of the Order Setting Mediation (ECF No. 15) remain unchanged.

IT IS SO ORDERED.

Dated: July 30, 2026

Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge



#12947024v1