Jemma E. Dunn
Nevada Bar No. 16229
JDunn@GGTrialLaw.com
Matthew T. Hale
Nevada Bar No. 16880
MHale@GGTrialLaw.com
John M. Orr
Nevada Bar No. 14251
JOrr@GGTrialLaw.com
GREENBERG GROSS LLP
One Summerlin
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801

Attorneys for Plaintiff Joe Diaz

**UNITED STATES DISTRICT COURT**

**DISTRICT COURT OF NEVADA**

| | |
|---|---|
| JOE DIAZ, an Individual, ,<br><br>Plaintiff,<br><br>v.<br><br>ALL 5'S CONSTRUCTION LLC, a Nevada limited liability company; THE PENTA BUILDING GROUP, LLC, a Nevada limited liability company,,<br><br>Defendant. | Case No. 2:26-cv-00357-MMD-EJY<br><br>**STIPULATION AND ORDER TO PERMIT REMOTE APPEARANCES AT THE EARLY NEUTRAL EVALUATION** |

Plaintiff Joe Diaz ("Plaintiff") and Defendants All 5's Construction LLC and The Penta Building Group, LLC ("Defendants") (together, the "Parties"), through their counsel of record, stipulate and ask the Court to let all required participants appear remotely at the Early Neutral Evaluation ("ENE") currently set for November 9, 2026, at 9:00 a.m. [ECF No. 17.]

The Parties make this Stipulation under the Court's Order Setting Mediation. [ECF No. 15.]

The Parties stipulate as follows:

1. The ENE is currently set for November 9, 2026, at 9:00 a.m., before the Honorable Maximiliano D. Couvillier, III.

2. Counsel for all Parties have met and conferred about remote attendance at the ENE.

3. No party objects to counsel, party representatives and other required participants appearing remotely by videoconference for the ENE.

4. Remote appearances will save the Parties and counsel time and resources while still allowing a meaningful ENE. The Parties believe a remote ENE will not prejudice any party and will help resolve this matter efficiently.

The Parties therefore ask the Court to enter an order permitting participants to appear remotely at the November 9, 2026 Early Neutral Evaluation.

DATED this 22nd day of October, 2026.

GREENBERG GROSS LLP

By: */s/ John M. Orr*
Jemma E. Dunn
Nevada Bar No. 16229
Matthew T. Hale
Nevada Bar No. 16880
John M. Orr
Nevada Bar No. 14251
One Summerlin
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Tel. (702) 777-0888

*Attorneys for Plaintiff Joe Diaz*

O'HAGAN MEYER PLLC

By: */s/ Jeff Winchester*
Jeff Winchester
Nevada Bar No. 10279
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101

*Attorneys for Defendants All 5's Construction LLC and The Penta Building Group, LLC*

**ORDER PERMITTING REMOTE APPEARANCES AT THE EARLY NEUTRAL EVALUATION**

IT IS HEREBY ORDERED that the Parties' Stipulation to Permit Remote Appearances at the Early Neutral Evaluation is GRANTED.

IT IS FURTHER ORDERED that all required participants may appear remotely at the Early Neutral Evaluation set for November 9, 2026, at 9:00 a.m.

IT IS FURTHER ORDERED that the Court will issue the connection information for remote participation before the Early Neutral Evaluation.

IT IS FURTHER ORDERED that all other provisions of the Order Setting Mediation [ECF No. 15], as modified by ECF No. 17, remain in full force and effect.

DATED this 26th day of October, 2026.

IT IS FURTHER ORDERED that defendant's Motion at ECF No. 20 is DENIED as moot.

______________________________

HON. MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE